IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Chase Manhattan Mortgage Corp., et al., :<br>:<br>Plaintiff(s), :<br>:<br>vs. :<br>:<br>Demetrious Smith, et al., :<br>:<br>Defendant(s). : | Case Number: 1:06cv38<br><br>District Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 11, 2006 Report and Recommendations (Doc. 13).  Subsequently, the Defendant filed Objections to such Report and Recommendations (Doc. 24) to which the Plaintiff's filed a Response to the Objections (Doc. 27).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Plaintiff's Motion for Remand (Doc. 10) is GRANTED.  The Clerk of Court is DIRECTED to file a certified copy of this order with the Clerk of the State Court.

Plaintiff's Motion for Award of Attorneys' Fees and Costs pursuant to 28 U.S.C. § 1447 (Doc. 10) is GRANTED.  Plaintiffs are ORDERED to file an itemized statement of attorneys' fees and costs with the Court within thirty (30) days of the this Order

Plaintiffs' Motion for Extension of time to respond to Defendants' objections to the State

Court's Magistrate's decision (Doc. 11) is GRANTED.  Plaintiffs are GRANTED an extension of time of fourteen (14) days from the date of this Order which to respond to Defendants' objections in the State Court action.

    IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
            Susan J. Dlott
            United States District Judge