# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CHASE MANHATTAN MORTGAGE  
CORPORATION, et al.,

    Plaintiffs

vs

DEMETRIOUS SMITH, et al.,

    Defendants.

Case No. 1:06-cv-038

Dlott, J.  
Hogan, M.J.

**REPORT AND RECOMMENDATION**

On August 8, 2006, the Court granted plaintiffs' motion for award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447 and ordered plaintiffs to file an itemized statement of attorneys' fees and costs with the Court. (Doc. 31). This matter is before the Court on plaintiffs' itemized statement of attorneys' fees (Doc. 36), to which defendants have not responded.

The Court has reviewed the itemized statement submitted by plaintiffs and finds the hours expended and the fees requested in this matter to be reasonable. Accordingly, it is hereby **RECOMMENDED** that plaintiffs be awarded attorneys' fees in the amount of $6,513.16.

Date: 10/20/2006

s/Timothy S. Hogan  
Timothy S. Hogan  
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CHASE MANHATTAN MORTGAGE CORPORATION, et al., <br>     Plaintiffs <br><br> vs <br><br> DEMETRIOUS SMITH, et al., <br>     Defendants. | Case No. 1:06-cv-038 <br><br> Dlott, J. <br> Hogan, M.J. |

### NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **TEN (10) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **TEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).