IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHASE MANHATTAN MORTGAGE CORPORATION, et. al., : : Plaintiff(s), : : vs. : : DEMETRIOUS SMITH, et. al., : : Defendant(s). : | Case Number: 1:06cv38 District Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 20, 2006 Report and Recommendations (Doc. 38).  Subsequently, the defendants filed objections to such Report and Recommendations (Doc. 40) and the plaintiff's filed a reply to the objections (Doc. 42).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the Court has reviewed the itemized statement submitted by plaintiffs and finds the hours expended and the fees requested in this matter are reasonable.  It is hereby ORDERED that plaintiffs be awarded attorneys' fees in the amount of $6,513.16.

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge